**TIM WILBORN**, ATTORNEY AT LAW — OSB # 94464
twilborn@mindspring.com
2020-C SW 8th Avenue, PMB # 294
West Linn, Oregon 97068
Voice: (503) 697-7019
Fax: (503) 697-7153
  Attorney for Plaintiff

FILED'05 MAY 04 14:13 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**DAVID BOSCHE**,

    Plaintiff,

vs.

**COMMISSIONER of Social Security**,

    Defendant.

CV 03-3038-AS

ORDER

Attorney fees in the amount of $17,491.50 are hereby awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). The court finds this is a reasonable fee. Previously, this court awarded $6,350.00 pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. When issuing the § 406(b) check, the agency is directed to subtract the amount previously awarded under the EAJA, and to send to Plaintiff's attorney **at his current address shown above** the balance of $11,141.50, minus the user fee. Any withheld amount remaining (including the EAJA fee offset) after all attorneys fees are paid (including any fee awarded to Attorney Robert W. Boyer) should be released to the claimant.

DATED this 4 day of May, 2005.

_____
United States ~~District~~ Judge
Magistrate

Presented by:
/s/ Tim Wilborn, Attorney for Plaintiff
(503) 697-7019; OSB # 94464

ORDER - Page 1